AUSA Matthew A. Roth, 313-226-9186
Special Agent Amy Mentzel, 313-496-4357

ORIGINAL

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
D-1 WILLIE RILEY CURRY
D-2 TAMMY DENICE POLLARD

Case: 2:13-mj-30676
Judge: Unassigned,
Filed: 10-22-2013 At 11:20 AM
USA v. SEALED MATTER(MLW)(CMP)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 4 through August 15, 2013__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251 | Production of Child Pornography |
| Title 18, United States Code, Section 1591 | Sex Trafficking of Children |
| Title 18, United States Code, Section 922(g) | Felon in Possession of as Firearm (as to D-1) |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Amy Mentzel, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: October 22, 2013

City and state: Detroit, Michigan

_Judge's signature_

R. Steven Whalen, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Amy L. Mentzel, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Detroit Division, being duly sworn, hereby depose and state as follows:

### I. INTRODUCION

1. I have been employed as a Special Agent of the Federal Bureau of Investigation for the past seven years and investigate crimes involving violations of Federal Statutes. I am also assigned to the Southeastern Michigan Crimes Against Children Task Force (SEMCAC), which includes the investigation of sex trafficking of minors and adults. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. The information set forth in this affidavit is based upon my own investigation and my knowledge, training, and experience in sex trafficking and child pornography investigations. It is also based on information conveyed to me by others, whom I believe to be reliable, and the experience and training of other law enforcement officers with whom I have had discussions. Because this Affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation.

3. I have set forth only those facts that I believe are necessary to establish probable cause to believe that, WILLIE RILEY CURRY and TAMMY DENICE POLLARD, violated Title 18, United States Code, Sections 1591 (sex trafficking of children) and 2251(a) (the production of child pornography), and that WILLIE RILEY CURRY violated 922(g) (felon in possession of a firearm).

## II. BACKGROUND OF THE INVESTIGATION

4. On August 19, 2013, SEMCAC received information from the State of Michigan Attorney General's Office. The information was that a minor female, E.P. (xx/xx/1997) had been held against her will at a house located at 6800 Westwood Avenue, Detroit, Michigan. E.P., and two other minors, had run away from a group home in Mt. Pleasant, Michigan. The two other minors, E.C. (xx/xx/1997) and O.H. (xx/xx/1996), along with E.P, had been engaged in prostitution. The information came to light when E.P. contacted her mother from telephone number xxx-xxx-0671.

5. On August 19, 2013, members of SEMCAC spoke with Thomas Sweet. Sweet was a resident of 6800 Westwood Avenue and the subscriber of the aforementioned telephone number xxx-xxx-0671. Sweet stated that two young girls had been staying at his house for the last several days, had used his cellular telephone, had asked for a ride to Grand Rapids, Michigan, and left Sweet's house the day before. The girls were acquainted with his crack cocaine dealer, Slim, who

-2-

drove a pink Cadillac. Sweet allowed the agents to view the telephone number for Slim, xxx-xxx-7453, which was stored in Sweet's cellular telephone.

6. During this interview, the Michigan State Police (MSP) advised SEMCAC that juvenile O.H. had been recovered. O.H. reported that she had been staying at the TARGET ADDRESS. MSP had made previous contact with occupants at the TARGET ADDRESS on August 15, 2013, but had not found E.P. or E.C. in the house.

7. On August 19, 2013, Affiant and members of SEMCAC went to the TARGET ADDRESS and located E.P. and E.C. POLLARD was in the residence and advised agents that she had been assisting E.P. and E.C. E.P. and E.C. were removed from the scene and transported to the MSP Oak Park Post where they were subsequently interviewed.

### III. STATEMENTS OF THE MINOR VICTIMS

A. INTERVIEW AND STATEMENTS OF JUVENILE E.C.

E.C. was interviewed by Affiant on August 19, 2013. Below is a summary of her statement:

8. On August 4, 2013, E.C., E.P., and O.H. ran away from the group home while on an outing at a park. The girls observed a male, who they later learned was Willie CURRY (a/k/a "Slim" a/k/a "Corn") fishing at the park. The girls asked him if he could give them a ride. CURRY agreed. When the juveniles

asked for a ride to Grand Rapids, Michigan, CURRY stated that Grand Rapids was too far. CURRY told the girls he could take them to Detroit. The juveniles all advised CURRY of their ages and that they had run away from a group home.

9. CURRY drove the girls to the TARGET ADDRESS where they stayed with CURRY and his girlfriend POLLARD. During the second week of their stay, CURRY asked, "You like money, right?" CURRY told them they would conduct "dates" for money. Affiant knows "dates" is a term used in the commercial sex industry to refer to acts of prostitution. CURRY explained that they would be "tricking" and that he would be their pimp. CURRY told them that he needed to pay his bills first but eventually they would have their own houses and cars.

10. Three to four days after this conversation, CURRY took separate nude photographs of each of the girls on his black LG touch screen cellular telephone. Specifically, CURRY took photographs of E.C.'s genitals.

11. E.C. knows that CURRY took similar photographs of E.P. and O.H. E.C. saw photographs of E.P. and O.H. on CURRY's phone. E.C. also saw sent text messages on CURRY's cellular telephone. According to the text messages, CURRY was charging $300 to $400 to have sex with O.H. because she was a virgin, $40 for sex with E.P., and $75 for sex with E.C. CURRY's cellular

telephone number was xxx-xxx-7453. CURRY tried to set up prostitution dates with men he sold drugs to.

12. CURRY also wanted the girls to pick up customers at neighborhood gas stations. POLLARD drove E.C., E.P., and O.H. to the gas stations. CURRY instructed the girls to obtain the telephone numbers of men who talked to them. E.C. obtained the telephone number of one male at a gas station and told CURRY. CURRY later spoke with the man and offered him sex with E.C. for $75.

13. POLLARD drove E.C. to the male's house for a sex act. E.C. told the man she did not want to perform oral sex. The man contacted CURRY to ask for half of his money back. CURRY told E.C. that she had to perform oral sex on the customer.

14. On a different occasion, E.C. and E.P. did not want to get out of the car to prostitute themselves. In response, CURRY slapped both girls for not making any money. CURRY told E.C. she better come back with money.

15. After E.P. performed oral sex on an associate of CURRY's for free, CURRY repeatedly struck E.P.'s head and body with a broom. CURRY went to strike E.P. with a 2 x 4 piece of wood but POLLARD, who had witnessed the assault, stopped CURRY. E.C. later saw a bruise on E.P.'s right shoulder and a swollen area on E.P.'s head.

16. On or about August 13 or 14, 2013, E.C. and E.P. returned to the home after a "date" to find O.H. crying. O.H. stated that CURRY had just sexually assaulted her. O.H. said that POLLARD was taking a nap in the upstairs bedroom during the sexual assault. Although O.H. screamed loudly during the assault, POLLARD never came to her aid. The next day, O.H. went to the bathroom and ran away by climbing out the bathroom window. CURRY was aware that O.H. was a virgin and that she was unsure she wanted to have "dates".

17. CURRY said that he would break O.H.'s "fucking neck" when he found her.

18. CURRY did not find O.H. CURRY subsequently moved E.C. and E.P. to Sweet's house for several days and told them not to go outside. Around the time that O.H. ran away, CURRY and POLLARD saw a Grand Rapids news story about how E.C., E.P., and O.H were missing. POLLARD said that there was an Amber Alert issued while CURRY talked about leaving the state.

19. When SEMCAC and Affiant found E.C. and E.P., POLLARD had driven them from Sweet's house back to the TARGET ADDRESS.

20. In total, E.C. had conducted three prostitution dates. She turned all the proceeds over to CURRY. CURRY repeatedly told E.C., E.P., and O.H. that they could leave. However, he warned them that they would be picked up and prostituted by someone else who may do something worse to them. CURRY also

stated that they could not report him to the police because they ran away on their own and were fugitives. CURRY told E.C. that he knows people everywhere and if they reported him, he would kill them.

21. While at the home, E.C. was allowed to access Facebook. E.C. was ordered to provide CURRY with her password so he could check what she was doing. When your Affiant recovered E.C. at the Warwick house, E.C. was in a back room sitting at a desk with a powered-on computer.

22. After O.H. ran away, CURRY stayed away from the house on Warwick Street most of the day. CURRY would return late at night and leave early in the morning. Additionally, CURRY kept a large gun that resembled a machine gun in the upstairs of TARGET ADDRESS.

B. INTERVIEW AND STATEMENTS OF JUVENILE E.P.

E.P. was interviewed by the FBI on August 19, 2013. Below is a summary of her statement:

23. E.P, E.C., and O.H. ran away from a Mt. Pleasant, Michigan, group home while on an outing at a park. They met a man, later identified as CURRY (a/k/a "Corn" a/k/a "Slim") who was fishing in the park. The girls told CURRY that they were runaways and underage. CURRY gave them a ride and took them to his house at the TARGET ADDRESS, the same location where law enforcement rescued them.

24. CURRY took photographs of all three girls naked. The pictures captured their breasts and genitals. CURRY went around town showing men the photographs and asking them if they wanted "pussy". CURRY told E.P. that she would be doing sex dates. CURRY was to receive $75 for sex or $30 for oral sex. POLLARD would watch the girls when they went out on prostitution dates.

25. On one occasion, CURRY began yelling at E.P. and E.C. about not getting out of the car to attract dates. CURRY then slapped E.P. and E.C. across their faces which gave E.P. a black eye.

26. E.P. performed oral sex on one of CURRY's associates for free. When CURRY found out, he repeatedly struck E.P. with a metal broomstick until it bent. E.P. did not cry because she was accustomed to physical assaults. CURRY became frustrated, left the room, and came back with a 2 x 4 wood board. CURRY ordered her to turn her head so he would not hit her in the face. CURRY did not hit her with the board, but began striking her with the broom again. CURRY told E.P. that if she ever said anything about what she and the other girls were doing (prostitution), he would find her and kill her or seriously hurt her. E.P. provided a telephone number for CURRY of xxx-xxx-7453.

27. On one occasion, when E.P. tried to bring prostitution customers to the TARGET ADDRESS, CURRY pulled out a machine gun on the men.

C. <u>STATEMENTS OF JUVENILE O.H.</u>

O.H. was interviewed by MSP on August 16, 2013, and by the FBI on August 23, 2013. Below is a summary of her statements:

28. O.H., E.C., and E.P. ran away from their group home on or about August 3, 2013. They met a man, later identified as Willie CURRY (a/k/a "Corn") at the park. The girls told him they had just run away from their placement center. They told CURRY they were 15 and 16 years-old. CURRY and POLLARD drove the girls to Detroit. CURRY told the girls they would be doing normal types of work such as cooking and cleaning. After arriving in Detroit, CURRY and POLLARD told the girls they would be "tricking" which O.H. knew was prostitution. This upset O.H. but CURRY told her, "You guys are ours until you're 18. This is what you signed up for."

29. The girls stayed at POLLARD's house at the TARGET ADDRESS. After a few days, POLLARD drove the girls around in her pink Cadillac to advertise them for "dates." The girls had to get out of the car and walk around at gas stations and liquor stores to collect telephone numbers so they could arrange "dates".

30. O.H. always got out of the car at stops. CURRY found out that E.C. and E.P. did not get out of the car at one of the stops. CURRY was mad because they did not follow the rules and slapped and pushed E.C. and E.P.

31. CURRY used his cellular telephone to take nude photographs of O.H. in the upstairs bedroom that he shared with POLLARD. They both told her what to do and POLLARD helped fix O.H.'s hair and position her legs while CURRY took approximately four photographs.

32. CURRY sent the photographs via text message to a lot of people, some he knew and others he did not. E.C. went through CURRY's telephone and found the text messages.

33. CURRY told the girls to charge $75 for sex acts. Any dates that were arranged were conducted at the client's home.

34. O.H. saw E.P. performing oral sex on an associate of CURRY's. CURRY found out and began striking E.P. for not charging for the sex act. E.P. had a large bump on her head and a bruise on her shoulder. CURRY had grabbed a 2 x 4, but POLLARD told him not to hit E.P. with it. CURRY threatened all the girls that if they did jobs without collecting money, this is what they would get.

35. CURRY had a large gun that looked like a machine gun that he took over to someone else's house to threaten them for bothering O.H., E.C., and E.P.

36. On or about August 14, 2013, CURRY told O.H. she had a prostitution date. O.H. responded that she did not want to do it. CURRY then told her that he was her date; he was going to make her ready so she could do it. O.H. cried and kept telling him to stop, but he forced his penis into her vagina

repeatedly. He slapped her and said that it was not working and he would try again later that night.

37. CURRY was gone frequently during the day and left the girls with POLLARD. CURRY usually came home in the late evening/early morning. In the early morning of the following day, O.H. snuck out of the bathroom window and walked to a nearby gas station. A female let her use her cell phone and gave her a ride to meet her father. Her father then took her to the Michigan State Police to report the incident.

38. Just before O.H. ran away from the Warwick address, she utilized the computer at the house to email her father and look at her Facebook account. POLLARD found out that O.H. was on the Internet but did not believe it because the Internet was not supposed to work. Upon finding out about the email, POLLARD threatened to cut up O.H. into little pieces and kill her father.

## IV. FEDERAL JURISDICTION

39. Your Affiant, based on training and experience, knows that LG cellular phones are not made within in the State of Michigan. Further, based on training and experience, the vast majority of firearms in circulation were manufactured outside the State of Michigan.

40. Affiant has reviewed CURRY and POLLARD's criminal histories which indicated that both are convicted felons, prohibiting them from possessing firearms in violation of Title 18, United States Code, Section 922(g).

## V. CONCLUSION

41. Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that CURRY and POLLARD have engaged in the production of child pornography and the sex trafficking of children. Further, CURRY is a felon and was in possession of a firearm which the victims described as a machine gun.

Amy Mentzel, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before on this 22nd day
of October, 2013.

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE